UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NATIONWIDE JUDGMENT
RECOVERY, INC.,

    Plaintiff,

v.                                                              Case No.:  2:21-mc-14-JLB-KCD

TODD DISNER, TRUDY
GILMOND, TRUDY GILMOND,
LLC, JERRY NAPIER, DARREN
MILLER, RHONDA GATES,
DAVID SORRELLS,
INNOVATION MARKETING,
LLC, AARON ANDREWS, SHARA
ANDREWS, GLOBAL INTERNET
FORMULA, INC., T. LEMONT
SILVER, KAREN SILVER,
MICHAEL VAN LEEUWEN,
DURANT BROCKETT, DAVID
KETTNER, MARY KETTNER,
P.A.W.S. CAPITAL
MANAGEMENT LLC, LORI JEAN
WEBER, DEFENDANT CLASS OF
NET WINNERS IN
ZEEKREWARDS.COM and
KARON STROM,

    Defendants.
_____/

## ORDER

Before the Court are two motions asking for writs of garnishment. (Doc. 36, Doc. 37.) Nearly two years ago, Plaintiff registered a foreign judgment against Defendants. (Doc. 1.) Plaintiff is now seeking to attach financial accounts believed to belong to Defendant Karon Strom.

Federal Rule of Civil Procedure 69 provides that "[a] money judgment is enforced by a writ of execution, unless the court directs otherwise." *Id.* The procedure for writs of execution is governed by state law. *Id.* Florida law provides that a judgment creditor may request the clerk of court to issue a writ of garnishment to satisfy a judgment. Fla. Stat. § 77.01. Florida law also provides that a judgment against a debtor may be levied on tangible or intangible personal property held by a garnishee. *Id.* Plaintiff has complied with the statutory prerequisites for obtaining the writ it seeks. Thus, the Court will direct the Clerk to issue the proposed writs of garnishment.

Accordingly, it is **ORDERED**:

(1) The motions for writs of garnishment (Doc. 36, Doc. 37.) are **GRANTED**;

(2) The Clerk of Court is directed to issue the proposed writs (Doc. 36-1, Doc. 37-1.).

**ORDERED** in Fort Myers, Florida this March 2, 2023.

*Kyle C. Dudek*
Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record